| American Land Title Association | | | ALTA Settlement Statement - Combined |
| --- | --- | --- | --- |
| | | | Adopted 05-01-2015 |

File No: 4267-3301548
Printed: 08/23/2019, 3:13 PM
Officer/Escrow Officer: Douglas E. Kehn/AP
Settlement Location:
612 Harrison Street, Suite 100, Sumner, WA 98390

**First American Title Insurance Company**

612 Harrison Street, Suite 100 • Sumner, WA 98390
Phone: (253)299-3980   Fax: (866)526-0611
Settlement Statement



Property Address: 309 Phoenix Avenue Southwest, Orting, WA 98360
Buyer: Jordie Adiel Yanez
Seller: Phoenix Shirk
Lender: To Be Determined
Estimated Settlement Date: 10/22/2019
Disbursement Date:

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 377,500.00 | Sale Price | 377,500.00 | |
| | | Loan Amount - To Be Determined | | 377,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 730.21 | County Taxes 10/22/19 to 01/01/20 @$3,753.89/yr | 730.21 | |
| 7,500.00 | | Seller Credit | | 7,500.00 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| 1,305.61 | | Title - Owner's Title Insurance (optional) Policy: ALTA Owners- 2010 Eagle  $1,188.00 Sales Tax: $117.61 to First American Title Insurance Company | | |
| | | Title - Lender's Policy Policy: ALTA Lenders - 2006 EXT  $712.00 Sales Tax: $70.49  to First American Title Insurance Company | 782.49 | |
| 1,011.03 | | Title - Escrow Fee Escrow/Closing Fee  $1,850.00 Sales Tax: $172.06  to First American Title Insurance Company | 1,011.03 | |
| | | | | |
| | | **Commission** | | |
| 7,550.00 | | Real Estate Commission  to John L Scott Real Estate | | |
| 9,437.50 | | Real Estate Commission  to Keller Williams Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Record First Grant/Warranty Deed Record Warranty Deed-First  to Pierce County Auditor | 105.50 | |
| | | Record First Deed of Trust Record Deed of Trust-First  to Pierce County Auditor | 136.50 | |
| 4,837.00 | | Transfer Tax - Deed e-Excise Tax - ACH DEBIT  to Pierce County Auditor | | |
| 1,887.50 | | Transfer Tax - Deed e-Excise Tax - ACH DEBIT  to Pierce County Auditor | | |

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | | | |
| | | **Payoff(s) and Payment(s)** | | |
| | | To Be Determined | | |
| 200,000.00 | | Principal Balance  to To Be Determined | | |
| | | | | |
| | | **Miscellaneous** | | |
| 700.00 | | *ESTIMATED* Association Dues  to Hidden Harbor HOA | | |
| | | *ESTIMATED* Transfer Fee  to Total Property Management | 200.00 | |
| 1,876.95 | | Property Taxes  to Pierce County Assessor-Treasurer | | |
| 500.00 | | *ESTIMATED* Utilities  to City of Orting | | |
| | | | | |
| 236,605.59 | 378,230.21 | **Subtotals** | 380,465.73 | 385,000.00 |
| | | Due To Buyer | 4,534.27 | |
| 141,624.62 | | Due To Seller | | |
| 378,230.21 | 378,230.21 | **Totals** | 385,000.00 | 385,000.00 |

Our wire instructions do not change.  Our banking institution is First American Trust.  If you receive an email or other communication that appears to be from us or another party involved in your transaction instructing you to wire funds to a bank other than First American Trust, you should consider it suspect and you must call our office at an independently verified phone number.  Do not inquire with the sender.

Escrow Officer: Douglas E. Kehn

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved

Page **2** of **2**

File # 4267-3301548
Printed on 08/23/2019 at 3:13 PM