1
2
3
4
5
6
7
8

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

9
10

**Re**

11          **In Chapter 13 Proceeding
            No.  16-41537-BDL**

12

13   **GABRIELLE BOYES SHIRK
     PHOENIX COLTON SHIRK**          **ORDER GRANTING MOTION TO
                                     APPROVE SALE OF REAL PROPERTY
14                                   APPOINT REALTOR AND
                                     PAYOFF CHAPTER 13 BANKRUPTCY**
15

16

17      It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 309

18   Phoenix Ave Southwest, Orting, WA 98360 for the amount of $377,000.00, appoint Shane

19   Bailey as Realtor for the Debtors and allow the mortgage and HOA dues as well as any

20   additional costs, fees and commissions that are listed in the Estimated Settlement Statement.  The

21   Final Closing Statement may contain updated figures without additional court approve. PHH

22   Mortgage Corporation's claim shall be paid off in full before satisfying any other lien on the

23   property.  PHH Mortgage Corporation shall be permitted to submit an updated payoff demand to

24   the applicable escrow or title company facilitating the sale so that their claim is paid in full at the

25   
ORDER GRANTING MOTION TO                                    BROWN & SEELYE
APPOINT REALTOR AND                                         744 S FAWCETT AVE
APPROVE SALE AND DEBTOR(S) EXEMPTIONS                       TACOMA, WA 98402
                                                            253-573-1958

Case 16-41537-BDL    Doc 41    Filed 10/03/19    Ent. 10/03/19 16:24:36    Pg. 1 of 2

time the sale of the property is finalized. All remaining funds shall be paid directly to the Chapter

13 Trustee to pay off all filed and allowed claims and administrative expenses.


///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958