Entered on Docket October 15, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** | **In Chapter 13 Proceeding**<br>**No. 16-41537-BDL** |
| **GABRIELLE BOYES SHIRK**<br>**PHOENIX COLTON SHIRK** | **AGREED**<br>**ORDER GRANTING MOTION TO**<br>**APPROVE SALE OF REAL PROPERTY**<br>**APPOINT REALTOR AND**<br>**PAYOFF CHAPTER 13 BANKRUPTCY** |

It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 309 Phoenix Ave Southwest, Orting, WA 98360 for the amount of $377,000.00, appoint Shane Bailey as Realtor for the Debtors and allow the mortgage and HOA dues as well as any additional costs, fees and commissions that are listed in the Estimated Settlement Statement. The Final Closing Statement may contain updated figures without additional court approve. PHH Mortgage Corporation's claim shall be paid off in full before satisfying any other lien on the property. PHH Mortgage Corporation shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that their claim is paid in full at the

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958

time the sale of the property is finalized. All remaining funds shall be paid directly to the Chapter 13 Trustee to pay off all filed and allowed claims and administrative expenses.

///END OF ORDER///

Presented by:                                              Approved by:


/s/ Ellen Ann Brown                                        /s/Lesley D. Bohleber
Ellen Ann Brown WSB 27992                                  Lesley D. Bohleber WSB 49150
Attorney for Debtors                                       Attorney for PHH Mortgage Corporation

ORDER GRANTING MOTION TO                                   BROWN & SEELYE
APPOINT REALTOR AND                                        744 S FAWCETT AVE
APPROVE SALE AND DEBTOR(S) EXEMPTIONS                      TACOMA, WA 98402
                                                           253-573-1958